ELINOR MARINO, ADMINISTRATRIX (ESTATE OF LEONARD MARINO) *v.* HARTFORD CASUALTY INSURANCE COMPANY

HARTFORD CASUALTY INSURANCE COMPANY *v.* ELINOR MARINO, ADMINISTRATRIX (ESTATE OF LEONARD MARINO)

The administratrix Elinor Marino's petition for certification for appeal from the Appellate Court, 24 Conn. App. 822, is denied.

*Michael G. Tansley,* in support of the petition.

*Philip F. von Kuhn,* in opposition.

Decided May 17, 1991

BARBARA SCHRADER *v.* UNITED SERVICES AUTOMOBILE ASSOCIATION

The plaintiff's petition for certification for appeal from the Appellate Court, 24 Conn. App. 826, is denied.

*Mary-Margaret Dalton,* in support of the petition.

*Earl F. Dewey II,* in opposition.

Decided May 17, 1991